**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSEPH Q. MIRARCHI LEGAL SERVICES, P.C.,** | **CIVIL ACTION** |
| **Appellant** | |
| **v.** | |
| **RENEE MARIE THORPE,** | **NO.  19-3102** |
| **Debtor-in-Possess** | |
| **v.** | |
| **DALE W. THORPE** | |
| **Movant** | |
| **MICHAEL B. JOSEPH** | |
| **Trustee** | |
| **UNITED STATES TRUSTEE** | |
| **Trustee** | |

**O R D E R**

　　**AND NOW**, this 27th day of April, 2020, upon consideration of Appellant Joseph Q.
Mirarchi Legal Services, P.C.'s Objections to the Bankruptcy Court Opinion (ECF No. 4), **IT IS
ORDERED** that the Bankruptcy Court's Report and Recommendation is **REJECTED.**  It is
further **ORDERED** that the Clerk of the Bankruptcy Court shall pay from the escrow account
associated with this case $104,000 to Appellant, and $9,400 to Lititz Properties, Incorporated.


　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**

　　　　　　　　　　　　　　　　　　‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**